IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS PENSION FUND OF ILLINOIS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 11 C 5357 |
| KIMBERLY ANN KURTZ, individually and d/b/a W.C. LANGELAND & CO., INC., a dissolved corporation, | ) ) ) ) ) | JUDGE MILTON I. SHADUR |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, KIMBERLY ANN KURTZ, individually and d/b/a W.C. LANGELAND & CO., INC., a dissolved corporation, in the total amount of $273,510.47, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $4,442.00.

On August 20, 2011, the Summons, Complaint and Order entered on August 11, 2011 were served on the Defendant by tendering a copy of said documents to her personally at her residence (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on September 12, 2011. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Patrick N. Ryan

## CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 21st day of February 2012:

      Ms. Kimberly Ann Kurtz
      W.C. Langeland & Co., Inc.
      202 Heritage
      Minooka, IL   60447

      /s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\CarpsJ\Langeland\#22824\motion-default judgment (2).pnr.df.wpd